# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00185-CV

### In the Best Interest of R.R.

### FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 44,932, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, R.R., moves to dismiss this appeal, asserting that the order from which he appealed has been dismissed in the trial court. We grant his motion and dismiss this appeal.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed: August 3, 2007